# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

**Entry of Appearance and Certificate of Interested Parties**

| | |
|---|---|
| Jim Beicker, Sheriff of Fremont County, et al.<br>Appellants-Petitioners<br>v.<br>John Hickenlooper, Governor of Colorado<br>Appellee-Respondent | Case No. 14-1292 |

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for
_____
Jim Beicker (Sheriff of Fremont County), Rick Besecker (Sheriff of Gunnison County), Ronald Bruce (Sheriff of Hinsdale County), David D. Campbell (Sheriff of Baca County), James (Jim) Casias (Sheriff of Las Animas County), Miles Clark (Sheriff of Crowley County), John B. Cooke (Sheriff of Weld County), James Crone (Sheriff of Morgan County), Douglas N. Darr (Sheriff of Adams County), Chad Day (Sheriff of Yuma County), Rick Dunlap (Sheriff of Montrose County), David Encinias (Sheriff of Bent County), Mike Ensminger (Sheriff of Teller County), James Faull (Sheriff of Prowers County), Rod Fenske (Sheriff of Lake County), Scott Fischer (Sheriff of Jackson County), Forrest Frazee (Sheriff of Kiowa County), Peter Gonzalez (Sheriff of Archuleta County), Bruce W. Hartman (Sheriff of Gilpin County), Shayne Heap (Sheriff of Elbert County), Fred Hosselkus (Sheriff of Mineral County), Tim Jantz (Sheriff of Moffat County), Fred Jobe (Sheriff of Custer County), Chris S. Johnson (Sheriff of Otero County), Rodney Johnson (Sheriff of Grand County), Donald Krueger (Sheriff of Clear Creek County), Larry Kuntz (Sheriff of Washington County), Sue Kurtz (Sheriff of San Juan County), Terry Maketa (Sheriff of El Paso County), Jerry Martin (Sheriff of Dolores County), Dominic Mattivi, Jr. (Sheriff of Ouray County), Fred D. McKee (Sheriff of Delta County), Amos Medina (Sheriff of Costilla County), Ted B. Mink (Sheriff of Jefferson County), John Minor (Sheriff of Summit County), Tom Nestor (Sheriff of Lincoln County), Bruce Newman (Sheriff of Huerfano County), Mike Norris (Sheriff of Saguache County), Brian E. Norton (Sheriff of Rio Grande County), Randy Peck (Sheriff of Sedgwick County), Brett L. Powell (Sheriff of Logan County), Ken Putnam (Sheriff of Cheyenne County), Tom Ridnour (Sheriff of Kit Carson County), Grayson Robinson (Sheriff of Arapahoe County, ret.), Duke Schirard (Sheriff of La Plata County), Justin Smith (Sheriff of Larimer County), Dennis Spruell (Sheriff of Montezuma County), Dave Stong (Sheriff of Alamosa County), Charles "Rob" Urbach (Sheriff of Phillips County), Lou Vallario (Sheriff of Garfield County), David A. Weaver (Sheriff of Douglas County), Fred Wegener (Sheriff of Park County), Garrett Wiggins (Sheriff of Routt County), Si Woodruff (Sheriff of Rio Blanco County), and David Strumillo
_____, in the subject case.
**Appellants**

**A-5** Entry of Appearance Form 10/09

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

☐ On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

☒ There are no such parties, or any such parties have heretofore been disclosed to the court.

David B. Kopel

_____  _____
Name of Counsel                                      Name of Counsel

/s/David B. Kopel

_____  _____
Signature of Counsel                                 Signature of Counsel

727 East 16th Avenue, Denver, Colorado 80203.
303-279-6536

_____  _____
Mailing Address and Telephone Number                 Mailing Address and Telephone Number

david@i2i.org

_____  _____
E-Mail Address                                       E-Mail Address

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on

August 5, 2014 via 10th Circuit ECF System.
to
Daniel D. Domenico, Solicitor General, State of Colorado
Matthew Grove, Assistant Attorney General, State of Colorado
Kathleen L. Spalding, Sr. Assistant Attorney General, State of Colorado
Stephanie Scoville, Sr. Assistant Attorney General, State of Colorado
LeeAnn Morrill, First Assistant Attorney General, State of Colorado
Jonathan M. Anderson jmanderson@hollandhart.com
Douglas L. Abbott dabbott@hollandhart.com
Richard A. Westfall rwestfall@halewestfall.com
Peter J. Krumholz pkrumholz@halewestfall.com
Marc F. Colin mcolin@brunolawyers.com
Anthony J. Fabian fabianlaw@qwestoffice.net

/s/David B. Kopel

_____  _____
(*See* Fed. R. App. P. 25(b))                       (Signature)

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| Jim Beicker, Sheriff of Fremont County, et al.<br>Appellants-Petitioners<br>v.<br>John Hickenlooper, Governor of Colorado<br>Appellee-Respondent | Case No. 14-1292 |

**Certificate of Interested Parties**

The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

The following has been disclosed to the Court, but is restated in an abundance of caution.

This case is related to Appeal No. 14-1290. Both cases are appeals by different groups of plaintiffs from 1:13-cv-01300-MSK-MJW. These two cases have been related in the 10th Circuit's ECF system. Attorneys for the appellants in 14-1290 are:

Douglas L. Abbott dabbott@hollandhart.com
Jonathan M. Anderson jmanderson@hollandhart.com
Richard A. Westfall rwestfall@halewestfall.com
Peter J. Krumholz pkrumholz@halewestfall.com
Marc F. Colin mcolin@brunolawyers.com
Anthony J. Fabian fabianlaw@qwestoffice.net

Counsel for defendant/appellee are the same in both cases.