# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker  
Clerk of Court

August 12, 2014

Chris Wolpert  
Chief Deputy Clerk

Mr. David Kopel
Independence Institute
727 East 16th Avenue
Denver, CO 80203

**RE:** 14-1292, Beicker, et al v. Hickenlooper
Dist/Ag docket: 1:13-CV-01300-MSK-MJW

Dear Counsel:

Appellants' docketing statement received in this case is deficient.

The following required attachment(s) (See 10th Cir. R. 3.4 and 10th Cir. Form 1 in Appendix A to Tenth Circuit Rules) was/were not submitted:

The final judgment or order appealed from.

Any pertinent findings and conclusions, opinions, or orders, which form the basis for the appeal.

Any motion filed under Fed. R. Civ. P. 50(b), 52(b), 59, including any motion for reconsideration, with certificate of service and the dispositive order.

Any motion for extension of time to file the notice of appeal and the dispositive order.

You may correct the stated deficiency by one of the following methods:

1. Filing a corrected docketing statement with the clerk via ECF.
2. Filing an errata sheet containing the omitted matter with the clerk via ECF. You do not need to refile the docketing statement if you select this option.

The corrected docketing statement or errata sheet must include proof of service upon all other parties to the appeal.

Please correct the stated deficiency within 10 days after the date of this letter. Otherwise, the deficient docketing statement will be stricken from the court docket.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court


cc: David C. Blake
Daniel D. Domenico
Jonathan Patrick Fero
Matthew D. Grove
John T. Lee
Molly Allen Moats
LeeAnn Morrill
Stephanie Lindquist Scoville
Kathleen Spalding


EAS/jm