**FILED**
United States Court of Appeals
Tenth Circuit

**September 26, 2014**

**Elisabeth A. Shumaker**
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

| | |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION, et al., | |
| Plaintiffs - Appellants, | |
| v. | No. 14-1290 |
| JOHN W. HICKENLOOPER, Governor of the State of Colorado, | |
| Defendant - Appellee. | |
| _____ | |
| JIM BEICKER, Sheriff of Fremont County, et al., | |
| Plaintiffs - Appellants, | |
| v. | No. 14-1292 |
| JOHN W. HICKENLOOPER, Govenor of the State of Colorado, | |
| Defendant - Appellee. | |

_____

**ORDER**
_____

This matter is before the court on the plaintiff's-appellant's Unopposed Motion to Consolidate Appeal Nos. 14-1290 and 14-1292 (the "Motion"). Upon consideration, the Motion is granted, as provided below.

Case No. 14-1290, *Colorado Outfitters Assoc. v. Hickenlooper*, and No. 14-1292, *Beicker v. Hickenlooper*, are consolidated for all procedural purposes including briefing (detailed below), submission to the court, and oral argument (if applicable). The parties shall include both appeal numbers on all documents submitted to the court.

Briefing on the merits will begin when the district court transmits its notice that the record is complete. Briefing will track the following schedule:

1. The appellants' opening briefs shall be served and filed within 40 days of the district court's transmission of the notice that the record is complete. The appellants may file separate briefs, each in compliance with the Federal Rules of Appellate Procedure and Tenth Circuit Rules. Where possible, however, the appellants should avoid duplication of material between their briefs.

Since the court has permitted the appellants to file separate briefs even though the appeals have been consolidated, the appellants need not include a statement regarding the necessity of separate briefs. *See* 10th Cir. R. 31.3(B).

2. The appellees shall file a single, consolidated response brief addressing both opening briefs. The response brief shall be served and filed within 30 days after service of the last-filed opening brief.

3. The appellants may separate optional reply briefs. If the appellants decide to file reply briefs, they must be served and filed within 14 days after service of the response brief.

Entered for the Court  
ELISABETH A. SHUMAKER, Clerk

*Lara Smith*

by: Lara Smith  
    Counsel to the Clerk