UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION, *et al.*, <br><br>   Plaintiffs-Appellants, <br><br>vs. <br><br>JOHN W. HICKENLOOPER, Governor of the State of Colorado, <br><br>   Defendant-Appellee, | No. 14-1290 |
| JIM BEICKER, Sheriff of Fremont County, *et al.*, <br><br>   Plaintiffs-Appellants, <br><br>vs. <br><br>JOHN W. HICKENLOOPER, Governor of the State of Colorado, <br><br>   Defendant-Appellee. | No. 14-1292 |

**SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE OPENING BRIEFS**

Plaintiffs-Appellants in the above-captioned appeals hereby move this Court for a second extension of time in which to file their respective Opening Briefs. In support, they state as follows:

1. Pursuant to this Court's Order of November 12, 2014, the Opening Briefs for Plaintiffs-Appellants in these consolidated appeals are due on or before December 17, 2014.

2. Counsel for the Plaintiffs in No. 14-1292, David B. Kopel, has been out of the country on an extended trip and just recently returned.

3. Respective counsel in Case Nos. 14-1290 and -1292 are coordinating closely to avoid unnecessary duplication in their respective briefing. Professor Kopel's absence made such coordination difficult and necessitates this request for an extension.

4. In addition, in Case No. 14-1290, there are four sets of attorneys representing four distinct groups of Plaintiffs-Appellants. The briefing for Case No. 14-1290 therefore requires significant coordination efforts among several attorneys, which is ongoing. This coordination effort also requires additional time beyond the current deadline.

5. In light of the foregoing, the Plaintiffs-Appellants in these consolidated appeals respectfully request a 30-day extension of time, to and including January 16, 2014, in which to file their respective Opening Briefs.

6. Pursuant to 10th Cir. R. 27.3, undersigned counsel has conferred with counsel for Defendant-Appellee concerning this motion. Defendant-Appellee does not oppose the relief sought.

7. Undersigned counsel has previously sought one 30-day extension of time in this case.

Respectfully submitted this 9th day of December, 2014.

                                             HALE WESTFALL, LLP

                                             s/Peter J. Krumholz
                                             Peter J. Krumholz
                                             1445 Market Street, Suite 300
                                             Denver, Colorado 80202
                                             Tel:   720-904-6010
                                             Fax:   720-904-6020
                                             pkrumholz@halewestfall.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE OPENING BRIEFS** was served via ECF on the following:

| | |
|---|---|
| Matthew Grove | matt.grove@state.co.us |
| Kathleen Spalding | kit.spalding@state.co.us |
| Daniel D. Domenico | dan.domenico@state.co.us |
| Stephanie Scoville | stephanie.scoville@state.co.us |
| LeeAnn Morrill | leeann.morrill@state.co.us |
| David B. Kopel | david@i2i.org |
| Douglas Abbott | dabbott@hollandhart.com |
| Marc F. Colin | mcolin@bcjlpc.com |
| Anthony J. Fabian | fabianlaw@qwestoffice.net |

s/Bethany Lillis
Bethany Lillis