UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Entry of Appearance and Certificate of Interested Parties**

| | |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION, *et al.*,<br>         Plaintiffs-Appellants,<br>v.<br>JOHN W. HICKENLOOPER,<br>         Defendant-Appellee. | Case No. 14-1290 |
| JIM BEICKER, *et al.*,<br>         Plaintiffs-Appellants,<br> v.<br>JOHN HICKENLOOPER,<br>         Defendant-Appellee. | Case No. 14-1292 |

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for:

Western States Sheriffs' Association, Colorado Police Protective Association, Law Enforcement Legal Defense Fund, Law Enforcement Action Network, Law Enforcement Alliance of America, Inc., International Law Enforcement Educators and Trainers Association

in support of Appellants/Petitioners in the subject case(s).

Further, in accordance with 10th Cir. R. 46.1, the undersigned certifies as follows: **(Check one.)**

[ ]   On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

✓    There are no such parties, or any such parties have heretofore been disclosed to the court.

Dan M. Peterson
Name of Counsel

/s/ Dan M. Peterson
Signature of Counsel

3925 Chain Bridge Road, Suite 403, Fairfax, Virginia 22030
703-352-7276
Mailing Address and Telephone Number

dan@danpetersonlaw.com
E-Mail Address


I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on

January 23, 2015 via ECF to:

| | |
|---|---|
| Matthew Grove | matt.grove@state.co.us |
| John T. Lee | jtlee@state.co.us |
| Molly Moats | Molly.Moats@state.co.us |
| Jonathan Fero | jon.fero@state.co.us |
| Kathleen Spalding | kit.spalding@state.co.us |
| Daniel D. Domenico | dan.domenico@state.co.us |
| Stephanie Scoville | stephanie.scoville@state.co.us |
| LeeAnn Morrill | leeann.morrill@state.co.us |
| Richard Westfall | RWestfall@halewestfall.com |
| Peter Krumholz | PKrumholz@halewestfall.com |
| Douglas Abbott | dabbott@hollandhart.com |
| Marc F. Colin | mcolin@bcjlpc.com |
| Anthony J. Fabian | fabianlaw@qwestoffice.net |
| Brian S. Koukoutchos | bkoukoutchos@gmail.com |
| Jonathan Michael Anderson | jmanderson@hollandhart.com |
| David C. Blake | david.blake@state.co.us |
| Charles J. Cooper | ccooper@cooperkirk.com |

/s/ Dan M. Peterson