**UNITED STATES CIRCUIT COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

No. 14-1292

JIM BEICKER, *et al.*,

*Plaintiffs-Appellants* v.

JOHN HICKENLOOPER,

*Defendant-Appellee*

On Appeal from the United States District Court for the

District of Colorado, the Honorable Chief Judge Marcia S. Krieger

**NOTICE OF SUBSTITUTION OF PARTIES**

> David B. Kopel
> 
> *Counsel of record*
> 
> INDEPENDENCE INSTITUTE
> 
> 727 East 16th Ave.
> 
> Denver, Colorado 80203
> 
> (303) 279-6536
> 
> *Counsel for* Sheriffs and David Strumillo

Jan. 26, 2015

1. Appellants in 14-1292 hereby file this Notice of Substitution of Parties, with explanation thereof, pursuant to Fed. R. App. P. 43(c).

2. This appeal was filed by 54 Sheriffs, and by Mr. David Strumillo, who is a retired police officer.

3. Mr. Strumillo has always been participating in this case solely in his individual capacity as an American citizen. The Sheriffs have been participating in two capacities: in their official capacities (as constitutional officers) and in their individual capacities (as American citizens).

4. The extent to which all or some of the Sheriffs could participate in either or both capacities in the district court proceedings is one of the subjects of this appeal. See Sheriffs' Opening Brief, at 55-72.

5. Earlier this month, in January 2015, the terms of all elected Sheriffs ended, and new terms began. Thirty of the original appellant Sheriffs have begun a new term as Sheriff. Twenty-four of the original appellant Sheriffs have completed their service, and a new Sheriff is now in office.

6. Thus, the 30 continuing Sheriffs continue to participate in this appeal in both their official and individual capacities, with no change in their status. They are Sheriffs Beicker, Besecker, Bruce, Campbell, Casias,

Crone, Day, Dunlap, Encinias, Ensminger, Fenske, Fischer, Hartman, Heap, Hosselkus, Martin, Mattivi, McKee, Medina, Minor, Nestor, Newman, Norton, Powell, Ridnour, Smith, Urbach, Vallario, Wegener, and Wiggins.

7. The 24 former Sheriffs now continue in their case solely in the individual capacities. The official capacity role is now carried forward by the new Sheriff of their county.

8. For example, as of December 2014, "John B. Cooke (Sheriff of Weld County)" was an appellant in both individual and official capacities. Now that he has completed his service as Sheriff, he participates in this appeal only in his individual capacity. The official capacity appellant is his successor. Thus, "John B. Cooke (Sheriff of Weld County)" is now substituted by "Steve Reams (Sheriff of Weld County)" and by "John B. Cooke." Sheriff Reams is official capacity-only, and Mr. Cooke is individual capacity-only.

9. The substitutions are as follows, with original party listed in the left column, and the substitution in the right column:

| Original | Substitution |
|---|---|
| Miles Clark (Sheriff of Crowley County) | John "Smokey" Kurtz (Sheriff of Crowley County); Miles Clark |
| John B. Cooke (Sheriff of Weld County) | Steve Reams (Sheriff of Weld County); John B. Cooke |
| Douglas N. Darr (Sheriff of Adams County) | Michael T. McIntosh (Sheriff of Adams County); Douglas N. Darr |
| James Faull (Sheriff of Prowers County) | Sam Zordel (Sheriff of Prowers County); James Faull |
| Forrest Frazee (Sheriff of Kiowa County) | Casey Sheridan (Sheriff of Kiowa County); Forrest Frazee |
| Peter Gonzalez (Sheriff of Archuleta County) | Richard B. Valdez (Sheriff of Archuleta County); Peter Gonzalez |
| Tim Jantz (Sheriff of Moffat County) | K.C. Hume (Sheriff of Moffat County); Tim Jantz |
| Fred Jobe (Sheriff of Custer County) | Shannon Keith Byerly (Sheriff of Custer County); Fred Jobe |
| Chris S. Johnson (Sheriff of Otero County) | Shawn Mobley (Sheriff of Otero County); Chris S. Johnson |
| Rodney Johnson (Sheriff of Grand County) | Brett Schroetlin (Sheriff of Grand County); Rodney Johnson |
| Donald Krueger (Sheriff of Clear Creek County) | Richard A. Albers (Sheriff of Clear Creek County); Donald Krueger |
| Larry Kuntz (Sheriff of Washington County) | Jon Stivers (Sheriff of Washington County); Larry Kuntz |
| Sue Kurtz (Sheriff of San Juan County) | Bruce Conrad (Sheriff of San Juan County); Sue Kurtz |
| Terry Maketa (Sheriff of El Paso County) | Bill Elder (Sheriff of El Paso County); Terry Maketa |
| Ted B. Mink (Sheriff of Jefferson County) | Jeff Shrader (Sheriff of Jefferson County); Ted B. Mink |
| Mike Norris (Sheriff of Saguache County) | Dan Warwick (Sheriff of Saguache County); Mike Norris |
| Randy Peck (Sheriff of Sedgwick County) | Thomas James Hanna (Sheriff of Sedgwick County); Randy Peck |

| | |
|---|---|
| Ken Putnam (Sheriff of Cheyenne County) | Gabriel David Joiner (Sheriff of Cheyenne County); Ken Putnam |
| Grayson Robinson (Sheriff of Arapahoe County, ret.) | David C. Walcher (Sheriff of Arapahoe County); Grayson Robinson |
| Duke Schirard (Sheriff of La Plata County) | Sean Michael Smith (Sheriff of La Plata County); Duke Schirard |
| Dennis Spruell (Sheriff of Montezuma County) | Steve Nowlin (Sheriff of Montezuma County); Dennis Spruell |
| Dave Stong (Sheriff of Alamosa County) | Robert Jackson (Sheriff of Alamosa County); Dave Stong |
| David A. Weaver (Sheriff of Douglas County) | Tony Spurlock (Sheriff of Douglas County); David A. Weaver |
| Si Woodruff (Sheriff of Rio Blanco County) | Anthony Mazzola (Sheriff of Rio Blanco County); Si Woodruff |

Respectfully submitted,

David B. Kopel

*Counsel of record*

INDEPENDENCE INSTITUTE

727 East 16th Ave.

Denver, Colorado 80203

(303) 279-6536

*Counsel for* Sheriffs and David Strumillo

4

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2015, I served the foregoing Notice of Substitution of Parties via the CM/ECF system for the United States Court of Appeals for the Tenth Circuit, which will distribute the Notice to all attorneys of record in this case and in the related case of 14-1290:

| | |
|---|---|
| Matthew Grove | matt.grove@state.co.us |
| John T. Lee | jtlee@state.co.us |
| Molly Moats | Molly.Moats@state.co.us |
| Jonathan Fero | jon.fero@state.co.us |
| Kathleen Spalding | kit.spalding@state.co.us |
| Daniel D. Domenico | dan.domenico@state.co.us |
| Stephanie Scoville | stephanie.scoville@state.co.us |
| LeeAnn Morrill | leeann.morrill@state.co.us |
| Richard Westfall | RWestfall@halewestfall.com |
| Peter Krumholz | PKrumholz@halewestfall.com |
| Douglas Abbott | dabbott@hollandhart.com |
| Marc F. Colin | mcolin@bcjlpc.com |
| Anthony J. Fabian | fabianlaw@qwestoffice.net |

I further certifty that:

(1) There are no required privacy redactions under 10th Cir. R. 25.5;

(2) There are no required paper copies to be submitted to the court;

(3) The electronic submission was scanned for viruses with the most recent version (updated Jan. 26, 2015) of McAfee's "All Access—Total Protection" commercial virus scanning program, and is free of viruses.

s/David B. Kopel
INDEPENDENCE INSTITUTE
727 East 16th Ave.
Denver, Colorado 80203
(303) 279-6536
*Counsel for* Sheriffs and David Strumillo
