**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT**

**Entry of Appearance and Certificate of Interested Parties**

| | |
|---|---|
| Colorado Outfitters Association, et al., <br>          Plaintiffs-Appellants; <br><br> v. <br><br> John Hickenlooper, <br>          Defendant-Appellee. <br><br>_____ <br> Jim Biecker, Sheriff of Fremont County, et al.; <br>          Plaintiffs-Appellants; <br><br> v. <br><br> John Hickenlooper, <br>          Defendant-Appellee | Case Nos. 14-1290, 14-1292 |

**INSTRUCTIONS:  COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES.  MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for California Rifle & Pistol Association; Gun Owners of California; Calguns Shooting Sports Association; Illinois State Rifle Association; Kansas State Rifle Association; League of Kentucky Sportsmen; Nevada Firearms Coalition; Association of New Jersey Rifle & Pistol Clubs, Inc.; New Mexico Shooting Sports Association; Texas State Rifle Association; Utah State Rifle & Pistol Association; Vermont State Rifle & Pistol Association; Vermont Federation of Sportsmens Clubs; Virginia Citizens Defense League

Party or Parties

Amici Curiae in Support of Plaintiffs-Appellants                                                              , in the subject case(s).

Appellant/Petitioner or Appellee/Respondent

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows:  **(Check one.)**

☐    On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

☒    There are no such parties, or any such parties have heretofore been disclosed to the court.

**A-5** Entry of Appearance Form 10/09

| C.D. Michel | Clinton B. Monfort |
|---|---|
| Name of Counsel | Name of Counsel |

| /s/ C.D. Michel | /s/ Clinton B. Monfort |
|---|---|
| Signature of Counsel | Signature of Counsel |

| 180 E. Ocean Blvd., Suite 200 | 180 E. Ocean Blvd., Suite 200 |
|---|---|
| Long Beach, CA 90802 | Long Beach, CA 90802 |
| (562) 216-4444 | (562) 216-4444 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |

| cmichel@michellawyers.com | cmonfort@michellawyers.com |
|---|---|
| E-Mail Address | E-Mail Address |

Anna M. Barvir
Name of Counsel

/s/ Anna M. Barvir
Signature of Counsel

180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
(562) 216-4444
Mailing Address and Telephone Number

abarvir@michellawyers.com
E-Mail Address

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on

January 28, 2015 via the Tenth Circuit's CM/ECF System to:

Peter Krumholz - pkrumholz@halewestfall.com
Richard A. Westfall - rwestfall@halewestfall.com
Douglas Abbott - dabbott@hollandhart.com
Jonathan Michael Anderson - jmanderson@hollandhart.com
Marc F. Colin - mcolin@brunolawyers.com
Anthony Fabian - fabianlaw@qwestoffice.net
Daniel D. Domenico - Dan.Domenico@state.co.us
Jonathan Patrick Fero - jon.fero@state.co.us
Matthew D. Grove - matt.grove@state.co.us
John T. Lee - jtlee@state.co.us
Molly Allen Moats - molly.moats@state.co.us
LeeAnn Morrill - leeann.morrill@state.co.us
Stephanie Lindquist Scoville - stephanie.scoville@state.co.us
Kathleen Spalding - kit.spalding@state.co.us
Brian S. Koukoutchos - bkoukoutchos@gmail.com
Dan M. Peterson - dan@danpetersonlaw.com
Charles J. Cooper - ccooper@cooperkirk.com
David B. Kopel – david@i2i.org

| | /s/ C.D. Michel |
|---|---|
| (*See* Fed. R. App. P. 25(b)) | (Signature) |

**A-5** Entry of Appearance Form 10/09