FILED
United States Court of Appeals
Tenth Circuit

May 21, 2015

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

―――――――――――――――――――――

JIM BEICKER, Sheriff of Fremont County, et al.,

    Plaintiffs - Appellants,

v.

JOHN W. HICKENLOOPER, Governor of the State of Colorado,

    Defendant - Appellee.

-------------------------------------

CONGRESS OF RACIAL EQUALITY, et al.,

    Amici Curiae.

No. 14-1292

―――――――――――――――――――――

**ORDER**

―――――――――――――――――――――

Before **BRISCOE**, **MATHESON**, and **BACHARACH,** Circuit Judges.

―――――――――――――――――――――

    This matter is before the court on the appellants' unopposed motion to file a reply brief with a limit of up to 10,000 words. Upon consideration, the motion is granted. The reply shall still include a certification in accord with Fed. R. App. P. 32(a)(7)(C).

                                Entered for the Court

                                ELISABETH A. SHUMAKER, Clerk