UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

JIM BEICKER, et al.
v.
JOHN HICKENLOOPER

Case No. **14-1292**

**INSTRUCTIONS:** COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for
JIM BEICKER, et al.
Party or Parties
Appellant/Petitioner                    , in the subject case(s).
Appellant/Petitioner or Appellee/Respondent

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

☒  On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

☐  There are no such parties, or any such parties have heretofore been disclosed to the court.

Joseph Gary Samuel Greenlee
Name of Counsel

/s/ Joseph Greenlee
Signature of Counsel

P.O. Box 868, Frisco, CO 80443; (970) 668-0181
Mailing Address and Telephone Number

Joseph@HelmerLaw.com
E-Mail Address

Name of Counsel

Signature of Counsel

Mailing Address and Telephone Number

E-Mail Address

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on

May 21, 2015 via CM/ECF.

to  Cynthia Coffman
(*See* Fed. R. App. P. 25(b))

/s/ Joseph Greenlee
(Signature)

A-5  Entry of Appearance Form 10/09

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

JIM BEICKER, et al.
v.
JOHN HICKENLOOPER

Case No. **14-1292**

**Certificate of Interested Parties**

The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

The following are attorneys of record in the related case of 14-1290:

| Name | Email |
|---|---|
| Matthew Grove | matt.grove@state.co.us |
| John T. Lee | jtlee@state.co.us |
| Molly Moats | Molly.Moats@state.co.us |
| Jonathan Fero | jon.fero@state.co.us |
| Kathleen Spalding | kit.spalding@state.co.us |
| Stephanie Scoville | stephanie.scoville@state.co.us |
| LeeAnn Morrill | leeann.morrill@state.co.us |
| Richard Westfall | RWestfall@halewestfall.com |
| Peter Krumholz | PKrumholz@halewestfall.com |
| Douglas Abbott | dabbott@hollandhart.com |
| Marc F. Colin | mcolin@bcjlpc.com |
| Anthony J. Fabian | fabianlaw@qwestoffice.net |

A-5  Entry of Appearance Form 10/09