FILED
United States Court of Appeals
Tenth Circuit

June 19, 2015

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT
_____

| | |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION, et al., | |
| Plaintiffs - Appellants, | |
| v. | No. 14-1290 |
| JOHN W. HICKENLOOPER, Governor of the State of Colorado, | |
| Defendant - Appellee. | |
| ------------------------------------ | |
| CONGRESS OF RACIAL EQUALITY, et al., | |
| Amici Curiae. | |

_____

| | |
|---|---|
| JIM BEICKER, Sheriff of Fremont County, et al., | |
| Plaintiffs - Appellants, | |
| v. | |
| JOHN W. HICKENLOOPER, Govenor of the State of Colorado, | No. 14-1292 |
| Defendant - Appellee. | |
| ------------------------------------ | |
| CONGRESS OF RACIAL EQUALITY, et al., | |
| Amici Curiae. | |

_____

**ORDER**
_____

This matter is before the court on Governor's Motion to Strike Appendices and Associated Arguments in Reply Briefs. The motion and any response that may be filed are referred to the panel who will decide this appeal on the merits.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk
