**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**July 2, 2015**

**Elisabeth A. Shumaker**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT
_____

COLORADO OUTFITTERS
ASSOCIATION, et al.,

      Plaintiffs - Appellants,

v.                                                                No. 14-1290

JOHN W. HICKENLOOPER, Governor of
the State of Colorado,

      Defendant - Appellee.

--------------------------------------

CONGRESS OF RACIAL EQUALITY, et
al.,

      Amici Curiae.

_____

JIM BEICKER, Sheriff of Fremont
County, et al.,

      Plaintiffs - Appellants,

v.                                                                No. 14-1292

JOHN W. HICKENLOOPER, Govenor of
the State of Colorado,

      Defendant - Appellee.

--------------------------------------

CONGRESS OF RACIAL EQUALITY, et
al.,

Amici Curiae.

_____

**ORDER**

_____

This matter is before the court on appellee's reply in support of his motion to strike 56 pages of evidence that were not presented to the district court, but which appellants attached to their reply briefs. The appellee is also opposed to the appellants supplementing the record with these items. This reply is referred to the panel assigned to hear these cases on the merits.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk