FILED
United States Court of Appeals
Tenth Circuit

July 10, 2015

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION, et al., | |
| Plaintiffs - Appellants, | |
| v. | No. 14-1290 |
| JOHN W. HICKENLOOPER, Governor of the State of Colorado, | |
| Defendant - Appellee. | |
| ------------------------------------ | |
| CONGRESS OF RACIAL EQUALITY, et al., | |
| Amici Curiae. | |

_____

| | |
|---|---|
| JIM BEICKER, Sheriff of Fremont County, et al., | |
| Plaintiffs - Appellants, | |
| v. | No. 14-1292 |
| JOHN W. HICKENLOOPER, Governor of the State of Colorado, | |
| Defendant - Appellee. | |
| ------------------------------------ | |
| CONGRESS OF RACIAL EQUALITY, et al., | |
| Amici Curiae. | |

_____

**ORDER**
_____

Appellants' "Reply in Support of Alternative Motion to Supplement the Record Pursuant to This Court's Equitable Power" is referred to the panel who will decide this appeal on the merits.

                                        Entered for the Court

                                        ELISABETH A. SHUMAKER, Clerk