UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION, *et al.*,<br><br>   Plaintiffs-Appellants,<br><br>vs.<br><br>JOHN W. HICKENLOOPER, Governor of the State of Colorado,<br><br>   Defendant-Appellee, | No. 14-1290 |
| JIM BEICKER, Sheriff of Fremont County, *et al.*,<br><br>   Plaintiffs-Appellants,<br><br>vs.<br><br>JOHN W. HICKENLOOPER, Governor of the State of Colorado,<br><br>   Defendant-Appellee. | No. 14-1292 |

**JOINT MOTION TO EXPAND ORAL ARGUMENT TIME**

Plaintiffs-Appellants and Defendant-Appellee respectfully submit this Joint Motion to Expand Oral Argument Time. In support, the parties state as follows:

1. These consolidated appeals arise from a nine-day trial in *Colorado Outfitters Ass'n v. Hickenlooper*, No. 13-cv-1300-MSK-MJW (D. Colo.). The appellate record contains more than 5,600 pages. To the parties' knowledge, this is one of the first post-*Heller* Second Amendment cases in the nation to be decided after a full trial on the merits.

2. There are five distinct groups of Plaintiffs-Appellants represented by five different law firms. Plaintiffs-Appellants filed only two sets of Opening Briefs and Reply Briefs and avoided duplication of one another's efforts, but the briefing on the merits nevertheless span more than three hundred pages of text – to say nothing of the many amicus briefs filed, several of which address legal issues in far more detail than the parties had space for.

3. Between them, the Opening Briefs raise at least twelve separate issues to be considered by this Court. Several of these issues are constitutional questions of first impression in this Circuit or nationwide.

4. The Sheriffs' appeal involves threshold legal issues that are specific to the Sheriffs, including whether the political subdivision doctrine precludes the Sheriffs' standing in their official capacity.

5. The foregoing establishes extraordinary circumstances warranting additional time for oral argument. The parties therefore jointly move this Court to expand oral argument to one full hour, with 30 minutes allocated to the Plaintiffs-Appellants (including rebuttal time) and 30 minutes allocated to Defendant-Appellee. This additional time will allow the parties and this Court to adequately address the myriad and important legal issues presented by this appeal.

Respectfully submitted this 14th day of July, 2015.

HALE WESTFALL, LLP

s/Peter J. Krumholz
Peter J. Krumholz


INDEPENDENCE INSTITUTE

*s/David B. Kopel*
David B. Kopel


CYNTHIA H. COFFMAN
Attorney General

s/Matthew D. Grove
Matthew D. Grove
Assistant Solicitor General

# CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2015, a true and correct copy of the foregoing pleading was served via ECF on the following:

| | |
|---|---|
| Matthew Grove | matt.grove@state.co.us |
| Jonathan Fero | jon.fero@state.co.us |
| John T. Lee | jtlee@state.co.us |
| Molly Allen Moats | molly.moats@state.co.us |
| Kathleen Spalding | kit.spalding@state.co.us |
| Stephanie Scoville | stephanie.scoville@state.co.us |
| LeeAnn Morrill | leeann.morrill@state.co.us |
| David B. Kopel | david@i2i.org |
| Joseph Greenlee | josephgreenlee@gmail.com |
| Douglas Abbott | dabbott@hollandhart.com |
| Marc F. Colin | mcolin@bcjlpc.com |
| Anthony J. Fabian | fabianlaw@qwestoffice.net |

                                                s/Bethany Lillis
                                                Bethany Lillis