FILED
United States Court of Appeals
Tenth Circuit

July 22, 2015

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

| | |
|---|---|
| COLORADO OUTFITTERS ASSOCIATION, et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> JOHN W. HICKENLOOPER, Governor of the State of Colorado, <br><br> Defendant - Appellee. <br><br>------------------------------------ <br><br> CONGRESS OF RACIAL EQUALITY, et al., <br><br> Amici Curiae. | No. 14-1290 |

_____

| | |
|---|---|
| JIM BEICKER, Sheriff of Fremont County, et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> JOHN W. HICKENLOOPER, Governor of the State of Colorado, <br><br> Defendant - Appellee. <br><br>------------------------------------ <br><br> CONGRESS OF RACIAL EQUALITY, et al., <br><br> Amici Curiae. | No. 14-1292 |

_____

**ORDER**
_____

The joint motion to enlarge argument time is granted. Each side is granted an additional fifteen minutes for argument. These appeals will be heard as one consolidated argument and each side will have up to 30 minutes for oral argument on September 28, 2015.

                                            Entered for the Court

                                            *[signature]*

                                            ELISABETH A. SHUMAKER, Clerk