# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker  
Clerk of Court

July 22, 2015

Chris Wolpert  
Chief Deputy Clerk

Mr. Douglas Abbott
Holland & Hart
555 17th Street, Suite 3200
Denver, CO 80202

Mr. Jonathan Michael Anderson
Hale Westfall
1600 Stout Street, Suite 500
Denver, CO 80202

Mr. Marc F. Colin
Bruno, Colin & Lowe
1999 Broadway, Suite 3100
Denver, CO 80202

Mr. Anthony Fabian
Anthony J. Fabian Law Offices
510 Wilcox Street, Suite C
Suite C
Castle Rock, CO 80104

Mr. Joseph Gary Samuel Greenlee
400 North Park Avenue, Suite 10-B
Breckenridge, CO 80424

Mr. David Kopel
Independence Institute
727 East 16th Avenue
Denver, CO 80203

Mr. Peter Krumholz
Hale Westfall
1600 Stout Street, Suite 500
Denver, CO 80202

Mr. Richard A. Westfall
Hale Westfall
1600 Stout Street, Suite 500
Denver, CO 80202

**RE:     14-1290, 14-1292, Colorado Outfitters, et al v. Hickenlooper**
         Dist/Ag docket: 1:13-CV-01300-MSK-MJW

Dear Counsel:

Enclosed please find an order issued today by the court.  Please contact this office if you have questions.

                                        Sincerely,

                                        *Elisabeth A. Shumaker*

                                        Elisabeth A. Shumaker
                                        Clerk of the Court


cc:     Anna M. Barvir
        Jonathan K. Baum
        Peter Canfield
        Gregory Andrew Castanias
        Mark Thomas Ciani
        Charles J. Cooper
        Anisha Dasgupta
        Parker Douglas
        Jonathan Patrick Fero
        Matthew D. Grove
        Brian S. Koukoutchos
        John T. Lee
        Peter Kenneth Michael
        Carl D. Michel
        Molly Allen Moats
        Clinton B. Monfort
        LeeAnn Morrill
        Dan M. Peterson
        Edward Thain Ramey
        Stephanie Lindquist Scoville
        Sparkle Sooknanan
        Kathleen Spalding


EAS/sks